No. 98–1150.  BERRY ET AL. *v.* UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 93–1162.  SUMRELL *v.* VIRGINIA.  Sup. Ct. Va.  Certiorari denied.

No. 98–1184.  HOSEY *v.* HOSEY.  Sup. Ct. Miss.  Certiorari denied.

No. 93–1199.  STAVROFF *v.* UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 98–1200.  ZEE, PLAN ADMINISTRATOR OF LIGHTING WORLD, INC., EMPLOYEES PROFIT-SHARING PLAN, ET AL. *v.* BELFER, EXECUTRIX OF THE ESTATE OF BELFER, DECEASED.  C. A. 3d Cir.  Certiorari denied.

No. 98–1208.  BEYENA *v.* HENDERSON, POSTMASTER GENERAL. C. A. 8th Cir.  Certiorari denied.

No. 98–1214.  PUNKE *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 98–1221.  IN RE MURPHY; and
No. 98–1222.  MURPHY *v.* PLANNED PARENTHOOD OF GREATER IOWA, INC.  C. A. 8th Cir.  Certiorari denied.

No. 98–1233.  CHAVIS *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 98–1249.  COWHIG *v.* UNITED STATES.  C. A. Fed. Cir. Certiorari denied.

No. 98–1254.  PEELER *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 98–1259.  PATILLO *v.* UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 98–1263.  ESTATE OF RINALDI, DECEASED *v.* UNITED STATES.  C. A. Fed. Cir.  Certiorari denied.

No. 98–7182.  BOLIN *v.* CALIFORNIA.  Sup. Ct. Cal.  Certiorari denied.